# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANNE PAPSODERO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1182-Orl-22KRS**

**BJ'S WHOLESALE CLUB, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Stipulation for Final Order of Dismissal with Prejudice and Notice of Settlement (Doc. No. 5) filed on August 24, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed September 18, 2007 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The Settlement Agreement, except for the confidentiality provision in paragraph 10, is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 4, 2007.

Copies furnished to:

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge